IN THE U.S. DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
KNOXVILLE DIVISION

In re Miller Energy Resources Inc. Securities Litigation,

Case No. 3:11-cv-386 (TAV)

Magistrate Judge C. Clifford Shirley

## MOTION TO WITHDRAW AND SUBSTITUTE COUNSEL OF RECORD

**NOW INTO COURT,** through undersigned counsel, comes Defendant, Ford F. Graham, and upon suggesting to the Court that Brent B. Barriere is no longer affiliated with Phelps Dunbar, LLP, and moves for an Order permitting Christopher K. Ralston and Caroline Spangler and Phelps Dunbar, LLP to withdraw counsel for Ford F. Graham, and allowing Brent B. Barriere and D. Skylar Rosenbloom and the law firm Fishman Haygood Phelps Walmsley Willis & Swanson, LLP as counsel of record, and that all further notices and pleadings be served upon Brent B. Barriere and D. Skylar Rosenbloom as counsel of record at:

Brent B. Barriere, Esq.
D. Skylar Rosenbloom, Esq.
Fishman Haygood Phelps Walmsley Willis & Swanson, LLP
201 St. Charles Avenue, 46th Floor
New Orleans, LA 70170-4600
Telephone: (504) 586-5252
Facsimile: (504) 586-5250
bbarriere@fishmanhaygood.com
srosenbloom@fishmanhaygood.com

Respectfully submitted,

*PHELPS DUNBAR, LLP*

By: /s/ Christopher K. Ralston
    **CHRISTOPHER K. RALSTON (#26706)**
    **CAROLINE SPANGLER (#33383)**
    365 Canal Street, Suite 2000
    One Canal Place
    New Orleans, Louisiana 70130
    Telephone: (504) 566-1311
    Telefax: (504) 568-9130

*And*

*FISHMAN HAYGOOD PHELPS WALMSLEY WILLIS & SWANSON, LLP*

By: /s/ D. Skylar Rosenbloom
    Brent B. Barriere, Esq. (#2818)
    D. Skylar Rosenbloom, Esq. (#31309)
    Fishman Haygood Phelps Walmsley
        Willis & Swanson, LLP
    201 St. Charles Avenue, 46th Floor
    New Orleans, LA 70170-4600
    *Attorney for Defendant,*
    *Ford F. Graham*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing pleading was filed electronically. Notice of this filing will be sent by operation of the Court's ECF filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular United States mail, properly addressed and first-class postage prepaid. Parties may access this filing through the Court's electronic filing system.

Dated this 19th day of February, 2013.

/s/ D. Skylar Rosenbloom
Attorney